

# IN THE
# TENTH COURT OF APPEALS

## No. 10-18-00085-CR

**MICHAEL DALE REIGHLEY,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 413th District Court
### Johnson County, Texas
### Trial Court No. F49732

## ABATEMENT ORDER

Michael Dale Reighley was convicted of one count of online solicitation of a minor and two counts of criminal solicitation of a minor. *See* TEX. PENAL CODE ANN. §§ 15.031, 33.021 (West 2011 & 2016). The record in this appeal has not yet been filed. We have been provided documentation by the trial court, however, that indicates Reighley was represented by counsel at trial but that Reighley subsequently filed a pro se notice of appeal. Further, we have no indication whether trial counsel has withdrawn from representing Reighley or whether new counsel has been appointed to represent Reighley

on appeal.

Accordingly, this appeal is abated to the trial court to determine whether Reighley is indigent, whether trial counsel continues to represent Reighley on appeal, and if not, whether to appoint new counsel for Reighley. *See* TEX. CODE CRIM. PROC. ANN. arts. 1.051, 26.04 (West 2005 & 2009). If necessary, a hearing to make these determinations should be held within 14 days from the date of this order. The Clerk's and Reporter's Records containing the trial court's written or oral findings and rulings, if any, are ordered to be filed within 28 days from the date of this order.

PER CURIAM

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Appeal abated
Order issued and filed March 21, 2018

